IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )    CR S 96-304-GGH
                           )
     v.                    )
                           )
GREGORY BRAZIL,            )
                           )
          Defendant.       )
_____)

**ORDER FOR REMISSION OF FINE**

    This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573.  The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

    ORDERS that the unpaid portion of the criminal fine imposed against the defendant Gregory Brazil is hereby remitted.

IT IS SO ORDERED:


Dated: 6/12/06              /s/ Gregory G. Hollows
                            GREGORY G. HOLLOWS
                            United States Magistrate Judge
brazil.ord